UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JEWELL E. JONES,

    Plaintiffs,

vs.

MONTGOMERY COUNTY DEPARTMENT
OF JOB AND FAMILY SERVICES, *et al.*,

    Defendants.

Case No. 3:18-cv-37

District Judge Walter H. Rice
Magistrate Judge Sharon L. Ovington

### TRANSFER ORDER

The above-captioned matter is hereby transferred from the docket of Magistrate Judge Sharon L. Ovington to the docket of Magistrate Judge Michael J. Newman.

**IT IS SO ORDERED.**

Date: 10-8-19

_____
Sharon L. Ovington
United States Magistrate Judge

Date: 10/8/19

_____
Michael J. Newman
United States Magistrate Judge