UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JEWELL EVETTE JONES, *et al.*,

      Plaintiffs,                      Case No. 3:18-cv-37

vs.

MONTGOMERY COUNTY DEPARTMENT      District Judge Walter H. Rice
OF JOBS AND FAMILY SERVICES, *et al.*,     Magistrate Judge Michael J. Newman
      Defendants.

---

## ORDER AND ENTRY: (1) VACATING THE DATES AND DEADLINES SET IN THE PRELIMINARY PRETRIAL ORDER (DOC. 15); AND (2) ORDERING THE PARTIES' TO CONFER AND FILE AN AMENDED RULE 26(F) REPORT

---

      This civil case is before the Court following Plaintiff's filing of an amended complaint. Doc. 34. As previously contemplated by the Court (doc. 33 at PageID 564), the undersigned **VACATES** the dates and deadlines set forth in the Preliminary Pretrial Order (doc. 15) and **ORDERS** the parties to confer and file an amended Rule 26(f) Report.[1] The parties' Rule 26(f) report shall be filed with the Court on or before **December 2, 2019**.

      Because Plaintiff is not represented by an attorney, he does not have access to the electronic filing system (CM/ECF) and will not receive service electronically via such system. Accordingly, all parties must serve all filings pursuant to Fed. R. Civ. P. 5 and a certificate of service must be attached thereto setting forth the date and manner of service.

      To ensure timely communication with the Court, all counsel of record and *pro se* Plaintiff must immediately inform the Court and the other parties, in writing, of changes to your mailing address and/or telephone number. In this regard, the parties are **ORDERED** to file notices of

---

[1] A form Rule 26(f) Report of the Parties (applicable to the Western Division at Dayton) is accessible on the Court's website at: http://www.ohsd.uscourts.gov/ohio-southern-district-forms.

change of address or phone number as soon as practicable after any such change.

The parties are **ADVISED** that failure to comply with any provision of this Order may result in appropriate sanctions including, but not limited to, dismissal of this action or the entry of a default judgment pursuant Rule 16(f) and Rule 37(b)(2)(A).

**IT IS SO ORDERED.**

Date:   October 28, 2019                    s/ Michael J. Newman
                                            Michael J. Newman
                                            United States Magistrate Judge