UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JEWELL EVETTE JONES, *et al.*,

    Plaintiffs,

vs.

MONTGOMERY COUNTY DEPARTMENT
OF JOBS AND FAMILY SERVICES, *et al*.,

    Defendant.

Case No. 3:18-cv-37

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

---

**ORDER AND ENTRY: (1) GRANTING DEFENDANTS' MOTION FOR A SCHEDULING CONFERENCE (DOC. 52); (2) SETTING THIS CASE FOR A SCHEUDLING CONFERENCE ON DECEMBER 19, 2019 AT 11:00 AM; AND (3) ORDERING *PRO SE* PLAINTIFFS TO SHOW CAUSE AS TO WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

---

On October 28, 2019, the undersigned issued an Order directing that the parties confer and file on or before December 2, 2019 an amended Rule 26(f) report for the Court's consideration. Doc. 50. On December 2, 2019, Defendants filed an amended Rule 26(f) report indicating that *pro se* Plaintiffs did not confer with counsel for Defendants as required by the Court's Order, despite efforts by Defendants' counsel to communicate with them. Doc. 51 at PageID 752; *see also* doc. 52 at PageID 757. Defendants also jointly filed a motion requesting that the Court set a scheduling conference with the parties. Doc. 52.

For good cause shown, the undersigned **GRANTS** Defendants' joint motion for a scheduling conference and sets such conference for **December 19, 2019** at **11:00 am**. Counsel and *pro se* parties shall call 1-888-278-0296, enter access code 2725365, security code 123456, and wait for the Court to join the conference. The parties are **ADVISED** that their failure to participate in the scheduling conference on December 19th may result in appropriate sanctions

including, but not limited to, dismissal of this action or the entry of a default judgment. In the absence of extraordinary circumstances, the undersigned anticipates adopting the litigation dates proposed by Defendants in their amended Rule 26(f) report. Doc. 51.

With regard to *pro se* Plaintiffs' failure to confer with counsel for Defendants ordered by the Court, *pro se* Plaintiffs are **ORDERED** to **SHOW CAUSE** in writing and on or before December 18, 2019, as to why this case should not be dismissed for failure to prosecute.[1]

**IT IS SO ORDERED**.

Date:   December 3, 2019                         s/ Michael J. Newman
                                                 Michael J. Newman
                                                 United States Magistrate Judge

---

[1] Notably, *pro se* Plaintiffs were advised in the Court's previous Order that their failure to comply with such Order "may result in appropriate sanctions including, but not limited to, dismissal of this action[.]" Doc. 50 at PageID 751.